# Court of Appeals
# of the State of Georgia

ATLANTA,  July 09, 2020

*The Court of Appeals hereby passes the following order:*

## A20D0408. BOBBY H. SMITH v. TERESA L. ODUM.

Long County Probate Judge Bobby H. Smith seeks to appeal the trial court's order affirming the Long County Board of Elections' ruling that Teresa L. Odum meets the residency requirements to qualify as a candidate for the office of Probate Judge of Long County. The Supreme Court of Georgia has exclusive appellate jurisdiction over "[a]ll cases of election contest." *Cook v. Bd. of Registrars*, 291 Ga. 67, 68 (2) (a) (1) (727 SE2d 478) (2012) (quoting Ga. Const. of 1983 Art. VI, Sec. VI, Para. II (2)). Because the underlying subject matter of this action is an "election contest," it appears that jurisdiction over this application may lie in the Supreme Court.[1] See *Cook*, 291 Ga. at 71 (2) (a) (3) ("pre-election challenges to the qualifications of a candidate who has filed to run in a pending election for a county or municipal office . . . . qualify as 'cases of election contest' within [the Supreme Court's] jurisdiction"). As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis & Med. Clinic, Inc.*,

---

[1] Under the Appellate Jurisdiction Reform Act of 2016, the Court of Appeals has appellate jurisdiction over cases involving the denial of a nomination petition in which the notice of appeal or application to appeal is filed on or after January 1, 2017. See Ga. L. 2016, pp. 883, 887, §§ 3-6, 6-1 (c) (codified at OCGA § 21-2-171 (c)). These proceedings do not involve a nomination petition.

267 Ga. 177, 178 (476 SE2d 587) (1996), this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*   07/09/2020  
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*